■ ACRODYNE INDUSTRIES, INC., Appellant, v. BOARD OF COOPERATIVE EDUCATIONAL SERVICES, SECOND SUPERVISORY DISTRICT, OF THE STATE OF NEW YORK et al., Respondents.—Judgment, Supreme Court, Albany County, entered on April 9, 1974, affirmed, with costs, on the opinion of Gibson, J. at Special Term. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.